IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOLLAR PHONE ACCESS, INC., | § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| AT&T INC., et. al, | § § | |
| *Defendants.* | § § § | Consolidated Action 3:15-CV-0404-K |
| SOUTHWESTERN BELL TELEPHONE COMPANY, et al., | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | |
| DOLLAR PHONE ACCESS, INC., | § § | |
| *Defendant.* | § | |

# ORDER

Before the Court are AT&T's Expedited Motion to Amend Scheduling Order and Extend Expert Deadlines, filed on October 7, 2015 [Doc. No. 133], and Dollar Phone's Cross Motion to Amend Scheduling Order and Extend Expert Deadlines, filed on October 8, 2015 [Doc. N. 134]. The Court **GRANTS** AT&T's Motion. Dollar Phone's Motion is **DENIED**. The Amended Scheduling Order (Doc. No. 77) is revised as follows:

1. The parties shall file their initial expert designations and otherwise comply with Fed. R. Civ. P. 26(a)(2) by no later than November 18, 2015.

2. Rebuttal designations and compliance with Rule 26(a)(2) shall be completed by no later than December 18, 2015.

3. The deadline for the completion of discovery is January 31, 2016.

The remaining deadlines set forth in the Amended Scheduling Order are not affected by this Order.

**SO ORDERED.**

Signed October 14th, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE